

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 12, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33193, SD33194 and SD33195 (Consolidated)

      Re:    IN THE INTEREST OF:
             N.A.M., L.A.M., and H.L.M.,